IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Elijah Shakur Ali, # 199086,        )
(aka Richard Hawkins)               )        C.A. No. 6:06-1846-HMH-WMC
                                    )
            Plaintiff,              )
                                    )
    vs.                             )        **OPINION AND ORDER**
                                    )
Darlington County Detention Center; )
Officer Ms. Spun,                   )
                                    )
            Defendants.             )

 

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge William M. Catoe, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1) (West Supp. 2006).

The Plaintiff filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not

required to give any explanation for adopting the recommendation.  See <u>Camby v. Davis</u>, 718

F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case,

the court adopts Magistrate Judge Catoe's Report and Recommendation and incorporates it

herein.  It is therefore

**ORDERED** that this action is dismissed.  It is further

**ORDERED** that this action is deemed a "strike" pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
July 31, 2006

**NOTICE OF RIGHT TO APPEAL**

The Plaintiff is hereby notified that he has the right to appeal this order within thirty

(30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate

Procedure.